IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR335 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TONI R. WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of defendant Toni R. Walker (Walker) for an extension of the pretrial discovery and motion deadline. The motion was made during the arraignment on the Indictment on October 24, 2012. The government had no objection to the motion. Walker acknowledged the additional time needed for her motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted.

**IT IS ORDERED:**

1. By **November 9, 2012**, counsel shall confer and accomplish the automatic discovery provided for in Rule 16, Fed. R. Cr. P., and shall adhere to the continuing duty to disclose such matters pursuant to Rule 16(c), Fed. R. Cr. P.

2. Walker's motion for an extension of time to file pretrial motions is granted. Walker shall have **to on or before December 10, 2012**, in which to file pretrial motions in accordance with the progression order.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from October 24, 2012 and December 10, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 24th day of October, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge