IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TONI R. WALKER,                                        8:12CR335

Defendant,

and

CASEY'S GENERAL STORES, INC.,

Garnishee.

## ORDER TO RELEASE GARNISHMENT

This matter comes before this Court on the Motion of Plaintiff, United States of America, for an order releasing the garnishment against Casey's General Stores, Inc., located at 1 SE Convenience Blvd, Ankeny, IA 50021.

IT IS HEREBY ORDERED that the garnishment against Casey's General Stores, Inc. is released.

DATED this 24th day of June, 2026.

BY THE COURT:

_____

MICHAEL D. NELSON
United States Magistrate Judge